

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2019 MAY -8 PM 12: 03
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CAUSE NO.: |
| v. | § § § § § § § § § § § § § § § | **INDICTMENT** [VIO: COUNT ONE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy to Transport Illegal Aliens; COUNT TWO AND THREE: 8 U.S.C. § 1324(a)(1)(A)(ii)&(B)(i) Illegal Alien Transportation; COUNT FOUR: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy to Harbor Illegal Aliens; COUNTS FIVE AND SIX: 8 U.S.C. § 1324(a)(1)(A)(iii) & (B)(i) Harboring Illegal Aliens.] |
| JESSE GARCIA | | |

THE GRAND JURY CHARGES:

**DR19CR1175** AM

## COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about April 6, 2019, in the Western District of Texas, Defendant,

JESSE GARCIA,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

## COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about April 6, 2019, in the Western District of Texas, Defendant,

JESSE GARCIA,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: JESUS MANUEL LOPEZ-RODARTE, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

## COUNT THREE
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about April 6, 2019, in the Western District of Texas, Defendant,

JESSE GARCIA,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: LUIS CARLOS FLORES-JUAREZ, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

## COUNT FOUR
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about April 6, 2019, in the Western District of Texas, Defendant,

JESSE GARCIA,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to commit the following offense against the United States: knowingly and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection and attempted to conceal, harbor, and shield from detection such aliens at the Ramada Inn located in Del Rio, Texas, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) & (B)(i).

## COUNT FIVE
[8 U.S.C. § 1324(a)(1)(A)(iii) & (B)(i)]

On or about April 6, 2019, in the Western District of Texas, Defendant,

JESSE GARCIA,

knowing and in reckless disregard of the fact that an alien to-wit: JESUS MANUEL LOPEZ-RODARTE had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection or attempted to conceal, harbor, and shield from detection such alien at the Ramada Inn located in Del Rio, Texas, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) & (B)(i).

## COUNT SIX
[8 U.S.C. § 1324(a)(1)(A)(iii) & (B)(i)]

On or about April 6, 2019, in the Western District of Texas, Defendant,

JESSE GARCIA,

knowing and in reckless disregard of the fact that an alien to-wit: LUIS CARLOS FLORES-JUAREZ had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection or attempted to conceal, harbor, and shield from detection such alien at the Ramada Inn located in Del Rio, Texas, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) & (B)(i).

A TRUE BILL

_____
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
SYDNI L. CONNELL
Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

**DR19CR1175**

COUNTY: <u>VAL VERDE</u>　　　　USAO #: <u>2019R08593</u>

DATE: <u>MAY 8, 2019</u>　　　　MAG. CT. #: <u>DR19-2919M</u>

AUSA: <u>SYDNI L. CONNELL</u>

DEFENDANT: <u>JESSE GARCIA</u>

CITIZENSHIP: <u>UNITED STATES CITIZEN</u>

INTERPRETER NEEDED: <u>NO</u>　　　LANGUAGE: <u>ENGLISH</u>

DEFENSE ATTORNEY: <u>SOSTENES MIRELES</u>

ADDRESS OF ATTORNEY: <u>PO BOX 668, CRYSTAL CITY, TX 78839</u>

DEFENDANT IS: <u>DETAINED</u>　　　DATE OF ARREST: <u>APRIL 12, 2019</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>COUNT 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - CONSPIRACY TO TRANSPORT ILLEGAL ALIENS; COUNTS 2 & 3: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) - TRANSPORTATION OF ILLEGAL ALIENS; COUNT 4: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - CONSPIRACY TO HARBOR ILLEGAL ALIENS; COUNTS 5 & 6: 8 U.S.C. § 1324(a)(1)(A)(iii) & (B)(i) – HARBORING ILLEGAL ALIENS.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>FOR EACH COUNT - 10 YEARS IMPRISONMENT; UP TO $250,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT FOR EACH COUNT OF CONVICTION; $5000 SPECIAL ASSESSMENT NON-INDIGENT.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u> W/DT-CR-3